UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 24, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Commerce Equities, Inc., | § | |
| | § | |
| *versus* | § | Civil Action 4:20−cv−02607 |
| | § | |
| AmRisc, LLC, et al. | § | |

## Order Setting Conference

1. A pre−trial conference will be held on:

   September 14, 2020
   at 10:30 AM in
   Judge Hughes's Chambers
   United States Court House
   515 Rusk Avenue, Room 11122
   Houston, Texas 77002.

2. To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

3. Each party must appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide motions, narrow issues, inquire about and resolve expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance.

5. Principal documents *must* have been exchanged well before the conference.

   Signed on July 24, 2020, at Houston, Texas.

   _____
   Lynn N. Hughes    USDJ
   United States District Judge