IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COMMERCE EQUITIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-cv-02607 |
| | § | |
| AMRISC, LLC, CRC INSURANCE SERVICES, INC., and HIGHPOINT INSURANCE GROUP, LLC | § § § | |
| | § | |
| Defendants. | § | |

### DEFENDANTS AMRISC AND CRC INSURANCE SERVICES, INC.'S NOTICE OF RULE 26(a)(1) INITIAL DISCLOSURES

Defendants AmRisc, LLC ("AmRisc") and CRC Insurance Services, Inc. ("CRC") served initial disclosures in accordance with Federal Rule of Civil Procedure 26(a)(1) and the Court's Notice in a Removed or Transferred Case (ECF No. 2) on all parties on August 3, 2020.

Respectfully submitted,

**SCOTT A. SHANES**
State Bar No. 00784953
SShanes@clarkhill.com
**SARAH N. WARINER**
State Bar No. 24065078
SWariner@clarkhill.com
**JEREMY R. WALLACE**
State Bar No. 24110825
jwallace@clarkhill.com
**CLARK HILL**
2600 Dallas Parkway, Suite 600
Frisco, TX  75034
(469) 287-3900 – Telephone
(469) 287-3999 – Facsimile

and

**ANNA K. OLIN**
State Bar No. 24102947
aolin@clarkhill.com
**CLARK HILL**
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 651-4300 – Telephone
(214) 651-4330 – Facsimile

**ATTORNEYS FOR DEFENDANTS AMRISC, LLC and CRC INSURANCE SERVICES, INC.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was duly served via CM/ECF on all counsel of record on August 3, 2020.

_____
**SCOTT A. SHANES**