UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COMMERCE EQUITIES, INC. | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No.  4:20-cv-02607 |
| | § | |
| AMRISC, LLC, CRC INSURANCE | § | |
| SERVICES, INC. AND HIGHPOINT | § | |
| INSURANCE GROUP, LLC | § | |
| *Defendant.* | § | |

### AGREED EXTENSION OF SUBMISSION DATES OF DEFENDANTS' MOTIONS TO DISMISS

Under section 5(C) of the Court's procedures, Plaintiff Commerce Equities, Inc. ("Plaintiff") and Defendants AmRisc, LLC ("AmRisc"), CRC Insurance Services, Inc. ("CRC") and Highpoint Insurance Group, LLC ("Highpoint") (collectively "Defendants") file this agreed extension of the submission dates for the Defendants' motions to dismiss.

AmRisc and CRC's motion to dismiss or, in the alternative, motion to compel arbitration and motion to stay or dismiss (Dkt. 4) is presently set for submission **August 20, 2020**. The parties agree to extend the submission date to **September 4**, **2020**, and to extend the deadline for AmRisc and CRC to file a reply to **September 18, 2020.**

Highpoint's motion to dismiss (Dkt. 6) is set for submission on **August 27, 2020.** The parties agree to extend the submission date to **September 11**, **2020**, and to extend the deadline for Highpoint to file a reply to **September 25, 2020.**

Respectfully submitted,

*/s/ Jeffrey L. Raizner*
Jeffrey L. Raizner
Texas Bar No. 00784806
Southern District Bar No. 15277

Andrew P. Slania
Texas Bar No. 24056338
Southern District Bar No. 1057153
Ben Wickert
Texas Bar No. 24066290
Southern District Bar No. 973044
Amy B. Hargis
Texas Bar No. 24078630
Southern District Bar No. 1671572
Raizner Slania, LLP
2402 Dunlavy Street
Houston, Texas 77006
Tel. (713) 554-9099
Fax (713) 554-9098
efile@raiznerlaw.com
**ATTORNEYS FOR PLAINTIFF**


*/s/Scott Shanes*
Scott A. Shanes
Texas Bar No. 00784953
sshanes@clarkhill.com
Sarah N. Wariner
State Bar No. 24065078
swariner@clarkhill.com
Jeremy R. Wallace
State Bar No. 24110825
jwallace@clarkhill.com
CLARK HILL
2600 Dallas Parkway, Suite 600
Frisco, Texas 75034
(469) 287-3900
(469) 287-3999 – Facsimile

Anna K. Olin
State Bar No. 24102947
aolin@clarkhill.com
CLARK HILL
901 Main Street, Suite 6000
Dallas, TX 75202
(214) 651-4300
(214) 651-4330 – Facsimile
**ATTORNEYS FOR
DEFENDANTS,
AMRISC, LLC and CRC
INSURANCE**

SERVICES, INC.

/s/Michael Cedillo
Michael S. Cedillo
State Bar No. 24072029
Southern Texas Bar No. 1872135
mcedillo@thompsoncoe.com
700 North Pearl Street, 25th Floor
Dallas, TX 75201
(214) 871-8221
(214) 871-8209 – Facsimile
**ATTORNEY FOR DEFENDANT HIGHPOINT INSURANCE GROUP, LLC**