| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
August 12, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Commerce Equities, Inc., | § § § | |
| Plaintiff, | § § | |
| *versus* | § § | Civil Action H-20-2607 |
| AmRisc, LLC, *et al.*, | § § § | |
| Defendants. | § | |

## Extension Order

1. By September 4, 2020, AmRisc, LLC, and CRC Insurance Services, Inc., may move.

2. By September 11, 2020, Highpoint Insurance Group, LLC, may move.

3. By September 18, 2020, AmRisc and CRC may reply.

4. By September 25, 2020, Highpoint may reply. (7)

Signed on August 12, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge