UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COMMERCE EQUITIES, INC. | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No.  4:20-cv-02607 |
| | § | |
| AMRISC, LLC, CRC INSURANCE | § | |
| SERVICES, INC. AND HIGHPOINT | § | |
| INSURANCE GROUP, LLC | § | |
| *Defendant.* | § | |

## [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS, DENYING MOTION TO COMPEL ARBITRATION, AND REMANDING CASE

The Court has considered the motion to dismiss and, alternatively, motion to compel arbitration and stay or dismiss (Dkt. 4) filed by AmRisc, LLC and CRC Insurance Services, Inc., Plaintiff's response in opposition (Dkt. __), any replies, and the arguments of counsel. The Court hereby

ORDERS that the Defendants' motion to dismiss and alternative motion to compel arbitration are both DENIED. It is further

ORDERED that this case is remanded to the 295th Judicial District Court of Harris County, Texas.

Signed this _____ day of _____, 2020.

_____
HONORABLE LYNN N. HUGHES
U.S DISTRICT JUDGE